AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 5:09MJ65-LAB

**HECTOR MELARA and**
**MICHAEL REED**

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about from on or about May 13, 2007 to on or about May 27, 2009, in the Northern District of Florida, the defendants,

conspired with others to knowingly and intentionally possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 ~~kilograms~~ MHC grams of mixtures containing cocaine,

in violation of 21 U.S.C. § 841(a)(1), all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

I further state that I am a Special Agent with the Drug Enforcement Administration, and that this Complaint is based upon the following facts: SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

Special Agent Michael Clear
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, on May 28 2009, at Panama City, Florida.

LARRY A. BODIFORD
U.S. Magistrate Judge