**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

vs.                                                                    CASE NO.      5:09-MJ-00065-LB-2

**MICHAEL REED**
_____/

**MOTION TO WITHDRAW**

      The undersigned respectfully requests this Court to enter an Order allowing him to withdraw as counsel in this cause, and as grounds therefor states the following:

      1.      The Defendant has retained Marcia G. Shein as counsel and she has filed a Notice of Appearance in this case.

      2.      The undersigned has spoken with Gayle Littleton, Assistant U.S. Attorney, and she has no objection to the undersigned withdrawing as counsel of record.

      I HEREBY CERTIFY that a copy of the foregoing has been furnished to Gayle Littleton, Esq., Assistant U.S. Attorney, 30 West Government Street, Panama City, Florida, and Marcia G. Shein, Esq., 2392 North Decatur Road, Decatur, GA, by Notice of Electronic Filing this 15th day of June, 2009.

/s/ *Harry L. Harper*
_____
**HARRY L. HARPER**
Fla. Bar No. 229601
P.O. Drawer 790
Panama City, FL  32402
(850) 763-5440 (phone)
(850) 785-6992 (fax)
Email: harperlawoffices@aol.com
**ATTORNEY FOR DEFENDANT**