**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

v.                                                      Case No. 5:09CR30

**DARIO ESPINOSA,**
  **a/k/a "D,"**
  **a/k/a "Dario Espinosa-Alvarez,"**
**ISRAEL LERMA,**
  **a/k/a "Big Happy,"**
  **a/k/a "Gordo,"**
  **a/k/a "El Gordo,"**
**HECTOR MELARA,**
**MICHAEL REED,**
**MILFORD VICKERS,**
  **a/k/a "Buddy,"**
**ROB LEE YOUNG, and**
**MARIO GONZALES,**

_____/

## REQUEST FOR SUMMONS

Pursuant to Rule 9(a), Federal Rules of Criminal Procedure, the Clerk of the above-styled

Court will please issue a summons in lieu of warrant, directed to the defendant MICHAEL

REED, and set said cause for initial appearance/arraignment at the appropriate time as the Court

Directs.

Filed 0623'09 USDcFln1PM0307

DATED this 3rd day of June, 2009..

Respectfully submitted,
THOMAS F. KIRWIN
United States Attorney

GAYLE E. LITTLETON
Assistant United States Attorney
Member of the Massachusetts Bar
Northern District of Florida
30 West Government Street
Panama City, Florida 32401
Phone:  (850) 785-3495