**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                 **No. 5:09CR30-4**

**MICHAEL REED**

_____

**STATEMENT OF FACTS FOR GUILTY PLEA**

In support of the Plea Agreement in this case, the United States provides the following factual basis:

In or around the summer of 2008, defendant was introduced to Hector Melara through an individual ("Individual B"). At the time, defendant did not know that Melara sold cocaine, but he later learned that from Individual B.

In or around October 2008, defendant and Individual B began buying user quantities of cocaine from Melara.

In or around December 2008, defendant and Individual B scheduled a week-long cruise, which stopped in Belize. Melara was from Belize and owned property there, so Individual B contacted Melara to ask what sights defendant and Individual B should to see there. During this conversation, Individual B learned that Melara was planning to go on the same cruise.

Before leaving on the cruise, Melara offered to take defendant, Individual B, and others to his property in Belize for a picnic lunch when the cruise ship docked. Defendant and Individual B accepted Melara's offer.

While on the cruise and before it docked in Belize, Melara told defendant that he had a relative in Belize named "Mike," who was a member of the Gulf Cartel and who had access to large

FILED IN OPEN COURT THIS
7/23/09
CLERK, U.S. DISTRICT
COURT, NORTH. DIST. FLA.

amounts of good-quality cocaine at cheap prices.

When the ship docked, a van transported Melara, defendant, Individual B, and others to Melara's property, where they had lunch. While having lunch, Melara told defendant that Mike had kilogram quantities of cocaine that defendant could see and try before they returned to the cruise ship.

On the way back to the cruise ship after lunch, Melara directed the van's driver to stop in front of a two-story building. Melara and defendant then got out and went upstairs, where they met with Mike. There, Mike showed defendant two kilograms of cocaine, and Mike gave defendant a line of cocaine for defendant's personal use.

Around mid-January 2009, after the cruise, Melara brought Dario Espinosa to defendant's residence. Melara introduced Espinosa to defendant as "D." Defendant took Melara and Espinosa into the theater room in defendant's residence, where the three discussed smuggling in large quantities of cocaine from Belize. Melara and Espinosa indicated that they wanted defendant to finance the operation.

A couple of weeks later, Melara arranged to meet with Espinosa and defendant at defendant's office. During the meeting, the three discussed the plan in more detail. They discussed the costs of the drug-smuggling operation, how they could transport the cocaine from Belize to the U.S., and the associated risks.

In or around early February 2009, Melara asked defendant for a $30,000 loan that Melara said that he would use to buy some tractor equipment for his property in Belize and a kilogram of cocaine that Melara would sell to begin to provide seed money for the proposed drug operation. Defendant gave Melara the $30,000. Soon thereafter, Melara contacted defendant and told defendant that he

2

wanted to leave the kilogram of cocaine with defendant to hold as collateral for the loan.

Melara delivered the kilogram of cocaine to defendant at defendant's residence. For the next several weeks, defendant periodically gave a portion of the kilogram of cocaine to Melara to sell. Melara sold the cocaine he got from defendant and gave some of the proceeds back to defendant as payment for the cocaine. Melara sold about half of the kilogram of cocaine, and defendant and Individual B used the rest of the kilogram of cocaine themselves over the next couple of months.

In or about mid-May 2009, defendant contacted Melara and asked Melara to get another kilogram of cocaine from Espinosa. Soon thereafter, Melara told defendant that Espinosa could get another kilogram of cocaine for defendant at a cost of $30,000.

On or about May 26, 2009, Melara contacted defendant and told defendant that Espinosa had the kilogram of cocaine for defendant and that Melara would deliver the kilogram of cocaine to defendant the next morning.

On the morning of May 27, 2009, defendant had to leave for work, so Melara delivered the

3

kilogram of cocaine to Individual B at defendant's residence. Defendant was arrested later that day.

MARCIA SHEIN
Attorney for Defendant

MICHAEL REED
Defendant

Date

THOMAS F. KIRWIN
United States Attorney

GAYLE E. LITTLETON
Assistant United States Attorney
Massachusetts Bar No: 643649
30 West Government Street
Panama City, FL  32401-2758
(850)785-3495

Date

4