**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                Case No. 5:09-cr-30-4

**MICHAEL REED**

_____/

## **PRELIMINARY ORDER OF FORFEITURE**

Before me is the Government's Motion for a Preliminary Order of Forfeiture (Doc. 179). I find as follows:

1.      On June 23, 2009, a Federal Grand Jury sitting in the Northern District of Florida issued an Indictment against the defendant, charging him and others with various violations of Title 21, United States Code.

2.      The Indictment included a Forfeiture Count, pursuant to 21 U.S.C. § 853.

3.      The United States seeks forfeiture of:

           **(A)     $30,000.00 IN UNITED STATES CURRENCY**

4.      The United States is entitled to possession of the above-described property, pursuant to 21 U.S.C. § 853.

5.      On July 23, 2009, Michael Reed entered a Plea Agreement in which he

pled guilty to Count One of the Indictment.

6. The Plea Agreement included a forfeiture agreement in which Michael Reed agreed to the forfeiture of all forfeitable assets, including but not limited to $30,000.00 in United States Currency, to the United States of America.

IT IS ORDERED that the defendant's interest the following property is hereby forfeited to the United States pursuant to the provisions of 21 U.S.C. § 853:

**(A) $30,000.00 IN UNITED STATES CURRENCY**

It is further:

ORDERED that in accordance with the law, the United States shall cause to be published at least once notice of this Order, notice of its intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the aforementioned property must file a petition with the Court within thirty (30) days of the final publication of the notice, or within sixty (60) days of the first date of publication on an official Internet government forfeiture site, or receipt of actual notice, whichever is earlier. The United States shall:

1. State in the notice that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the

petitioner's right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought; and

2. To the extent practicable, provide direct written notice to any person known to have an alleged interest in the property that is subject of the Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed.

ORDERED on September 9, 2009.

       /S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**