| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| MARK COOK | NORTHERN DISTRICT OF FLORIDA | BILL RENTZ |
| CHIEF U.S. PROBATION OFFICER | PROBATION OFFICE | DEPUTY CHIEF |
| 119 N. PALAFOX STREET | | 111 N. ADAMS STREET, STE 100 |
| PENSACOLA, FL 32502 | | TALLAHASSEE, FL 32301 |
| (850)470-8200 | PLEASE REPLY TO: | (850)521-3563 |
| FAX (850)470-8226 | 30 W. GOVERNMENT STREET | FAX (850)521-3571 |
| | PANAMA CITY, FL 32401-2739 | |
| | (850)769-8069 | |
| | FAX (850)769-0267 | |

October 13, 2009

Marcia G. Shein, M.S.
Attorney at Law
2392 North Decatur Road
Decatur, Georgia 30033

                RE:    Reed, Michael
                      DKT # 5:09CR30-004
                      PRESENTENCE REPORT

Dear Ms. Shein:

       This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on November 10, 2009. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Panama City, and opposing counsel, by October 28, 2009**.

       The Presentence Report is herein transmitted to the U.S. Attorney's Office.

       Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

                                                        Sincerely yours,

                                                        *s/Lori E. Masso*
                                                        Lori E. Masso
                                                        Sr. United States Probation Officer

LEM/jes

Attachment: Presentence Report

cc:       Gayle Littleton (w/attachment)
            Assistant U.S. Attorney
            30 West Government Street
            Panama City, Florida 32401

            Mr. William McCool
            U.S. District Court
            30 West Government Street
            Panama City, Florida 32401

Filed1014'09UsDcFln5PM0340