IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

                                               Case No.: 5:09CR30-4, 8

vs.

**MICHAEL REED, and**
**AMY COOPER**

---

### NOTICE OF POTENTIAL CONFLICT AND
### REQUEST FOR *GARCIA* HEARING

NOW COMES the United States of America, by and through the United States Attorney for the Northern District of Florida, and based on the following, requests a *Garcia* hearing regarding a potential conflict of interest regarding defendant Amy Cooper's attorney of record James H. White, Jr.  In support of this request, the government states as follows:

### Potential Conflict

Michael Reed was arrested on May 27, 2009 and charged with, among other crimes, drug conspiracy.  Reed has since pleaded guilty to drug conspiracy and is awaiting sentencing, which is set for November 10, 2009.

Amy Cooper was indicted on July 29, 2009, and she is currently set for trial on November 16, 2009.  She was initially represented by James Appleman, who was subsequently disqualified from the case based on a conflict of interest that existed between his law firm's representation of Cooper and co-defendant Israel Lerma.  On September 22,

2009, following Mr. Appleman's disqualification, James H. White, Jr. filed notice that he would be appearing in the case on behalf of Cooper. Mr. White has represented Cooper since that time.

Co-defendant Michael Reed is being housed at the Jackson County Jail, where all inmate calls are recorded. To place a call from the Jackson County Jail, the inmate and the person to whom the inmate calls must first listen to a recording notifying them that the their conversation is subject to recording and monitoring.

The government has recently obtained some of Reed's recorded calls from the Jackson County Jail. In two of the recorded calls, Reed states that he has paid Cooper's attorney's fees. In the first call (call number 45), on October 15, 2009 at 4:32 p.m., Reed told Cooper "[i]f I were going to do that, why would I pay your attorney's fees." In the second call (call number 84), on October 20, 2009 at 6:26 p.m., Reed said to a person believed to be his sister that, referring to Cooper's attorney, "[h]e's a good attorney, that's why I hired him." From these statements, it appears that Reed has paid for Cooper's attorney and that a conflict may exist between Mr. White's representation of Cooper, while being paid by Reed.

### Request for *Garcia* Hearing

Accordingly, the government submits it is obligated to notify the Court of this potential conflict and to request that the Court to hold a *Garcia* hearing to ascertain if such a potential conflict, in fact, exists, and if so, to ensure that defendants Cooper and Reed are aware of the potential conflict and freely and voluntarily waive it. *See United States v.*

*Garcia*, 517 F.2d 272 (5th Cir. 1975); *United States v. Freixas*, 332 F.3d 1314 (11th Cir. 2003); *United States v. Almeida*, 341 F.3d 1318, 1323 (11th Cir. 2003)(holding that "Sixth Amendment right to have the effective assistance of counsel encompasses the right to have counsel untainted by conflicts of interests"); *see also, United States v. Ross*, 33 F.3d 1507, 1523-1524 (11th Cir. 1994).

## Conclusion

WHEREFORE, in light of the foregoing, the government respectfully requests a *Garcia* hearing into the possible conflict of interest, and if such conflict exists, to ensure that an adequate waiver of that conflict has been documented by Cooper and Reed.

Respectfully submitted,

THOMAS F. KIRWIN
United States Attorney

*/s/ Gayle E. Littleton*
GAYLE E. LITTLETON
Assistant United States Attorney
Massachusetts Bar No: 643649
30 West Government Street
Panama City, FL  32401-2758
(850) 785-3495

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to James H. White, counsel for defendant Amy Cooper, and Marcia Shein, counsel for Michael Reed, this 30th day of October, 2009.

> */s/ Gayle E. Littleton*
> GAYLE E. LITTLETON
> Assistant United States Attorney