# United States District Court
## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

Time Commenced: 9:32 a.m.  
Time Concluded: 10:42 a.m.

Case No.: 5:09cr30(4)-RS  
Date: November 13, 2009

**PROCEEDINGS:** **Sentencing**

PRESENT: HON. **Richard Smoak**, JUDGE

| Lori Masso | Kristin Cowdell | Lisa Jones | Gayle Littleton |
|---|---|---|---|
| Probation Officer | Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

U.S.A v. (DEFENDANT LISTED BELOW)  
(4) **MICHAEL REED**  
✔ present  ✔ custody  __ bond  __ O/R

ATTORNEYS FOR DEFENDANT  
(4) Marcia Shein  
✔ present  ✔ apptd.  __ retained

✔ DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

__ Objections were made to the PSR.

__ Notice of Enhancement filed       __ Court Question defendant about prior conviction

✔ DEFENDANT ADJUDICATED GUILTY OF COUNT(S): __1__  (@ Change of Plea Hearing)

**SENTENCE IMPOSED:**  
✔ DFT remanded to custody of Bureau of Prisons  
on count(s) __1__ imprisonment for a term of 57 months  
** ALL Counts to run _____ CONCURRENTLY -or- _____ CONSECUTIVELY

✔ Additional recommendation:  
✔ Substance Abuse Treatment while in the custody of BOP  
__ Mental Health Treatment while in the custody of BOP  
__ Intensive Confinement Center (ICC)

✔ FINE PAYMENT:  ✔ Fine waived;  __ Fine of $__;  ✔ Special Monetary Assessment of $ 100

__ Dft is liable for restitution of:  
$_____ made payable to _____  
$_____ made payable to _____  
$_____ made payable to _____

__ DFT is jointly and severally liable for restitution with _____

FILED IN OPEN COURT THIS  
11/13/09  
CLERK, U.S. DISTRICT  
COURT, NORTH. DIST. FLA.

**SENTENCING MINUTES CONTINUED ...**　　　　　　　　　　　　　　　　　　　　**PAGE 2**
*USA v. Michael Reed- 5:09CR30-RS*

✔  S/R or PROBATION.　　　Dft is under:
　　✔ Supervised Release upon completion of term of imprisonment for a period of:
　　　　Count 1: __4__ years
　　__ Probation for a period of _____ years.
　　__ Home Detention of _____ months

　　With the following special conditions or modifications:
　　____DFT to be deported upon release from BOP
　　____DFT shall cooperate with the US Probation Officer and the Dept.of Homeland Security regarding Immigration status.
　　　　If removed dft shall not re-enter the United States without permission of the Dept. of Homeland Security.
　　____DFT to report to the USPO in the district where released within 72 hours of release from custody of BOP.
　　✔ DFT shall not own or possess a firearm (including ammunition), dangerous weapon or destructive device.
　　✔ DFT shall be evaluated for substance abuse and referred to treatment as determined necessary through an evaluation process. The defendant may be tested for the presence of illegal controlled substances or alcohol at any time during the term of supervision.
　　　　____ DFT shall participate in a program of substance abuse treatment;
　　　　____DFT shall participate in a program of mental health treatment.
　　✔ DFT shall provide requested financial information to the U.S. Probation Officer.
　　____DFT shall make any unpaid fine on a payment schedule to be determine by the US Probation Officer.
　　____DFT shall make any unpaid restitution on a payment schedule to be determine by the US Probation Officer.
　　____Upon release dft to: ___ maintain employment or enroll as full-time student; ___ complete High School Education.
　　____DFT shall notify the probation officer ten days prior to any change of residence or employment.
　　✔ DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
　　✔ DFT shall cooperate with the probation office in the collection of DNA samples as required by 42 U.S.C. § 14135a.
　　____ADDITIONAL TERMS:

✔  CUSTODY STATUS
　　✔ DFT committed to the custody of the U.S. Department of Justice.
　　__ DFT to surrender to USMS at _____ or _____ designated institution at his/her own expense no later than _____ on _____.
　　__ DFT remains on bond with ____ the same terms and conditions or ____ modified terms as follows:

____  Remaining count(s) _____ are DISMISSED on government motion.

✔  Court informs Dft of right to appeal.
　　_____ Dft request that the Clerk of Court file a notice of Appeal on his/her behalf.

✔  Court recommends place of incarceration at / near __Bay County, Florida__.

**Additional Court Notes:**
9:32　Court in Session
　　　Counsel state their appearances (GL)(MS)
9:35　Govt proffer on issue of safety valve (GL)
9:58　Deft proffer on issue of safety valve (MS)
10:07　Deft Michael Reed addresses the court.
10:10　Deft proffer re: variance factor. (MS)
10:17　Govt proffer re: variance factor. (GL)
10:23　Deft responds (MS)
10:26　Jay Haynes speaks on behalf of the defendant.

**SENTENCING MINUTES CONTINUED ...**  **PAGE 3**
*USA v. Michael Reed- 5:09CR30-RS*

10:31   Court addresses deft.

10:34   **Sentence Imposed:**

Count 1: 57 months imprisonment; 4 yrs S/R; fine waived; $100 SMA.

No objections to sentence imposed
Deft advised of Right to Appeal *(must be filed w/in 10 days)*
The parties have stipulated that the defendant has complied with all forfeiture requirements.

10:42   Court Adjourned