```
                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF FLORIDA
                     PANAMA CITY DIVISION
```

**UNITED STATES OF AMERICA,** :
:
    **Respondent,** : DOCKET NO. 5:09CR30-004
:
:
**vs.** :
:
**MICHAEL REED,** :
:
    **Defendant.** :
:

## NOTICE OF APPEAL

Notice is hereby given that **MICHAEL REED**, appeals his Sentence held before this Honorable Court.

Rule 4(b) of the Federal Rules of Appellate Procedure states that "...in a <u>criminal</u> case, a defendant's notice of appeal must be filed in the district court within 10 days after the later of:  (i) the entry of either the judgment or the order being appealed; or (ii) the filing of the government's notice of appeal. Since the defendant was sentenced on November 13, 2009 and the Court notice of Judgment and Commitment order was entered November 18, 2009, this appeal notice is timely filed.

The Clerk is directed to remit the entire record to the Eleventh Circuit Court of Appeals.

WHEREFORE, Defendant respectfully asks this Honorable Court

2

to file this Notice of Appeal and to forward the record to the Eleventh Circuit Court of Appeals for purposes of appeal.

Respectfully submitted,

/s/Marcia G. Shein
MARCIA G. SHEIN
Federal Bar No. 53667
GA State Bar No. 639820
2392 North Decatur Road
Decatur, Georgia 30033
(404) 633-3797
(404) 633-7980(Fax)
Marcia@msheinlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this date electronically filed the above referenced Motion which will be electronically delivered to Assistant United States Attorney Gayle Littleton at gayle.littleton@usdoj.gov.

This 24th day of November, 2009.

                                      Respectfully submitted,

                                      /s/Marcia G. Shein
                                      MARCIA G. SHEIN
                                      Federal Bar No. 53667
                                      GA State Bar No. 639820
                                      2392 North Decatur Road
                                      Decatur, Georgia 30033
                                      (404) 633-3797
                                      (404) 633-7980(Fax)
                                      Marcia@msheinlaw.com